UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA
Misc. Case No. 1:24-mc-00033

| IN RE MISSION HEALTH ANTITRUST LITIGATION | W.D.N.C. Civil Action No. 1:22-cv-00114-MR-WCM |
|---|---|

## DEFENDANTS' SUPPLEMENT TO DEFENDANTS' MOTION TO TRANSFER SUBPOENA-RELATED MOTION

NOW COME Defendants HCA Healthcare, Inc.; HCA Management Services, L.P.; HCA, Inc.; MH Master Holdings, LLLP; MH Hospital Manager, LLC; and MH Mission Hospital, LLLP ("HCA Defendants"), together with Defendants ANC Healthcare, Inc. (f/k/a Mission Health System, Inc.) and Mission Hospital, Inc. ("ANC Defendants") (collectively, "Defendants"), by and through counsel, and pursuant to the Court's January 10, 2025 Order (ECF No. 8), and hereby supplement Defendants' Motion to Transfer Subpoena-Related Motion (ECF No. 4) as follows:

1. As noted by the Court's January 10, 2025 Order (ECF No. 8), the subpoenas at issue in this matter do not demand compliance in the Middle District of North Carolina. Therefore, this Court lacks authority to transfer Defendants' Motion to Compel to the issuing court under Fed. R. Civ. P. 45(f).

1

2. Defendants have filed a Notice of Withdrawal of Defendants' Motion to Compel Production by Non-Party MultiPlan Corporation (ECF No. 9) and will file Defendants' Motion to Compel and Motion to Transfer Subpoena-Related Motion in the United States District Court for the Eastern District of North Carolina.

This, the 14th day of January, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Bryant G. Cross* | */s/ Dana C. Lumsden* |
| Phillip T. Jackson | Dana C. Lumsden |
| N.C. Bar No. 21134 | N.C. Bar No. 32497 |
| Bryant G. Cross | Hanna E. Eickmeier |
| N.C. Bar No. 60834 | N.C. Bar No. 54927 |
| ROBERTS & STEVENS, P.A. | BRADLEY ARANT BOULT CUMMINGS LLP |
| P.O. Box 7647 | 214 North Tryon Street, Ste. 3700 |
| Asheville, NC 28802 | Charlotte, NC 28202 |
| (828) 252-6600 | (704) 338-6034 |
| pjackson@roberts-stevens.com | dlumsden@bradley.com |
| bcross@roberts-stevens.com | heickmeier@bradley.com |
| | |
| *Counsel for HCA Defendants* | *Counsel for ANC Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing ***Supplement to Motion to Transfer Subpoena-Related Motion*** was filed via the court's ECF system, which serves all counsel of record automatically.

This, the 14th day of January 2025.

Roberts & Stevens, P.A.

*/s/ Bryant G. Cross*
Bryant G. Cross

3

Case 1:24-mc-00033-UA-JEP   Document 10   Filed 01/14/25   Page 3 of 3